### 5181. WILLIAMS *v.* THE STATE.

RUSSELL, J. 1. The evidence authorized the conviction of the accused.

2. The recitals in the grounds of the amendment to the motion for a new trial, not being approved as true by the trial judge, can not be considered.

3. The trial judge did not err in overruling the ground of the motion for a new trial based upon alleged newly discovered testimony which was merely impeaching in its character.      *Judgment affirmed.*

DECIDED OCTOBER 28, 1913.

Indictment for sale of liquor; from Laurens superior court—Judge Hawkins. August 16, 1913.

*Howard & Kea,* for plaintiff in error.

*E. L. Stephens, solicitor-general,* contra.